UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS HUNTER,<br><br>                Plaintiff,<br><br>v.<br><br>KIKOFF LENDING, LLC; EXPERIAN INFORMATIONAL SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                Defendants. | Case No.: 23-cv-302-JES-KSC<br><br>**ORDER GRANTING JOINT MOTIONS TO DISMISS**<br><br>**[ECF Nos. 31, 33]** |

Before the Court are the parties' joint motions to dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF Nos. 31, 33. Good cause appearing, the Court **GRANTS** the joint motions to dismiss. The Court **DISMISSES WITH PREJUDICE** the instant action. The parties shall bear their own costs, expenses, and attorneys' fees. The Clerk is directed to close the case.

      **IT IS SO ORDERED.**

Dated: July 21, 2023

Honorable James E. Simmons, Jr.
Unites States District Judge